UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:25-CR-00079-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LEON WILLIAMS (01)** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 32] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Leon Williams and adjudges him guilty of the offense charged in count one of the Indictment.

MONROE, Louisiana, this 30th day of June 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE